CF
10-16-03

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

F I L E D
OCT 20 2003
Phil Lombardi, Clerk
U.S. DISTRICT COURT

1. THE CITY OF TULSA
2. THE TULSA METROPOLITAN
    UTILITY AUTHORITY

           Plaintiffs,

v.

1. TYSON FOODS, INC.,
2. COBB-VANTRESS, INC.,
3. PETERSON FARMS, INC.,
4. SIMMONS FOODS, INC.,
5. CARGILL, INC.,
6. GEORGE'S, INC.,
7. CITY OF DECATUR, ARKANSAS,

           Defendants.

Case No. 01 CV 0900EA(C)

### AGREED ORDER AMENDING THE SETTLEMENT AGREEMENT

On July 16, 2003, this Court entered an order approving the parties' Settlement Agreement. Pursuant to the terms of the Settlement Agreement, both parties submitted nominees for the position of Special Master. Defendants nominated Sheri Herron, and Plaintiffs nominated John Everett and Derek Smithee. After extensive discussions with the parties and after interviewing the nominees, the Court entered an order on October 6, 2003 appointing John Everett as Special Master.

During the process leading to the appointment of John Everett, the parties agreed to the modification of certain terms of the Settlement Agreement. The parties have agreed that Sheri Herron will serve as Executive Director of the non-profit entity and that the role of the non-profit entity should be expanded to allow her to consult with and assist the Special Master to the extent he may deem appropriate. The parties have


490

further agreed on certain protocols for communicating with the Special Master, the Executive Director and the PI Team as set forth below.

In accordance with these agreements, which the Court finds to be reasonable and appropriate, and pursuant to its continuing jurisdiction of this matter, THE COURT HEREBY ORDERS AS FOLLOWS:

1. The last sentence of Paragraph 1 of Section I of the Settlement Agreement shall be amended to read as follows: "It is the purpose of this entity to further the implementation of BMPs on any property the entity determines will likely contribute in a substantial manner to the protection of water bodies in the Watershed from excess nutrient loading, and, if requested, to consult with the Special Master in the performance of his duties as he may deem necessary and appropriate."

2. The following additional language shall be added at the end of subparagraph (e) in Paragraph 4 of Section I of the Settlement Agreement: The Executive Director shall further, if requested and without additional compensation, consult with the Special Master in the recruiting and training of the WMT, the preparation and modification of Nutrient Management Plans, providing advice and counsel in connection with the development of a meaningful, joint PI for the watershed, and furnishing such other and further assistance as they may agree upon."

3. The parties shall be permitted to separately and independently, as well as jointly, communicate and/or meet with one or more of the Special Master, the Executive Director of the non-profit entity, and any members of the PI Team to discuss any matters pertaining to their work or the terms of the Settlement,

provided, however, the Special Master, Executive Director and PI Team members shall in no way compromise their independent judgment and professional expertise as a result of such communications or meetings.

IT IS SO ORDERED THIS 17th day of October, 2003.

*[signature]*
CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE

APPROVED:

FOR THE PLAINTIFFS:

_____
KENNETH N. McKINNEY, OBA #6036
McKINNEY & STRINGER, P.C.
101 N. Robinson Ave., Suite 1300
Oklahoma City, OK 73102
Telephone: 405/239-6444
Facsimile: 405/239-7902

FOR DEFENDANTS:
TYSON FOODS, INC. &
COBB-VANTRESS, INC.

_Stratton Taylor by Michael Bond at Kutak Rock_
R. STRATTON TAYLOR
TAYLOR, BURRAGE, FOSTER,
   MALLETT, DOWNS & RAMSEY
P.O. Box 309
400 West 4th Street
Claremore, OK 74018

FOR DEFENDANT
PETERSON FARMS, INC.

_____
A. SCOTT MCDANIEL
JOYCE, PAUL & McDANIEL, P.C.
111 W. 5th Street, Suite 500
Tulsa, OK 74103

FOR DEFENDANT
SIMMONS FOODS, INC.

_____
JOHN R. ELROD
CONNER & WINTERS, P.C.
100 W. Center Street, Suite 200
Fayetteville, AR 72701

FOR DEFENDANT
CARGILL, INC.

_____
JOHN H. TUCKER
RHODES, HIERONYMUS, JONES,
   TUCKER & GABLE, P.L.L.C.
100 West Fifth Street, Suite 400
Tulsa, OK 74121-1100

FOR DEFENDANT
GEORGE'S, INC.

_Gary Weeks by J. N. L._
GARY V. WEEKS
BASSETT LAW FIRM
P.O. Box 3618
Fayetteville, AR 72702-3618

FOR DEFENDANT
CITY OF DECATUR, ARKANSAS

_____
By: LINDA C. MARTIN
DOERNER, SAUNDERS, DANIEL &
ANDERSON, L.L.P.
320 S. Boston, Suite 500
Tulsa, OK 74103-3725

RBB/jlp/5659.001/10053642_1

4