


## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

FILED
FEB 03 2004
Phil Lombardi, Clerk
U.S. DISTRICT COURT

1. THE CITY OF TULSA,
2. THE TULSA METROPOLITAN
   UTILITY AUTHORITY,
                    Plaintiffs,
v.

Case No. 01 CV 0900EA(C)

1. TYSON FOODS, INC.,
2. COBB-VANTRESS, INC.,
3. PETERSON FARMS, INC.,
4. SIMMONS FOODS, INC.,
5. CARGILL, INC.,
6. GEORGE'S, INC.,
7. CITY OF DECATUR, ARKANSAS,
                    Defendants.

### PLAINTIFFS' LIST OF WITNESSES FOR THE HEARING ON THE ADOPTION OF A PHOSPHORUS INDEX

Plaintiffs hereby identify the witnesses who may be called to testify before the Court at the hearing to be held on February 9, 2004 on the matter of the adoption of a Phosphorus Index pursuant to the terms of the Court's Order of July 16, 2003.

1. Dr. Dan Storm
   Oklahoma State University
   Stillwater, Oklahoma

2. Dr. Hailin Zhang
   Oklahoma State University
   Stillwater, Oklahoma

3. Dr. Bert Fisher
   Exponent
   423 South Boulder, Suite M100
   Tulsa, OK 74103

4. Dr. Wes Jarrell
   University of Illinois
   W-503 Turner Hall, MC 047
   1102 S Goodwin
   Urbana, Ill 61801

5. Dr. Robert Wetzel
   Department of Environmental Sciences & Engineering
   University of North Carolina
   Chapel Hill, NC 27599-7431

6. Miles Tolbert
   Secretary of the Environment for the State of Oklahoma
   3800 North Classen Boulevard
   Oklahoma City, OK 73118

7. Any witness called by any Defendant

Respectfully submitted,

*Brent Blackstock* (signature)

KENNETH N. McKINNEY, OBA #006036
ROBERT L. ROARK, OBA #007619
BRENT BLACKSTOCK, OBA #000839
Attorneys for Plaintiffs

OF COUNSEL:

McKINNEY & STRINGER, P.C.
Mid-Continent Tower
401 South Boston, Suite 3100
Tulsa, Oklahoma 74103
Telephone: 918/582-3176
Facsimile: 918/582-1403

4. Dr. Wes Jarrell
   University of Illinois
   W-503 Turner Hall, MC 047
   1102 S Goodwin
   Urbana, Ill 61801

5. Dr. Robert Wetzel
   Department of Environmental Sciences & Engineering
   University of North Carolina
   Chapel Hill, NC 27599-7431

6. Miles Tolbert
   Secretary of the Environment for the State of Oklahoma
   3800 North Classen Boulevard
   Oklahoma City, OK 73118

7. Any witness called by any Defendant

Respectfully submitted,

*Brent Blackstock* (signature)

KENNETH N. McKINNEY, OBA #006036
ROBERT L. ROARK, OBA #007619
BRENT BLACKSTOCK, OBA #000839
Attorneys for Plaintiffs

OF COUNSEL:

McKINNEY & STRINGER, P.C.
Mid-Continent Tower
401 South Boston, Suite 3100
Tulsa, Oklahoma 74103
Telephone: 918/582-3176
Facsimile: 918/582-1403

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of February, 2004, a true and correct copy of *Plaintiffs' List of Witnesses for the Hearing on the Adoption of a Phosphorus Index* was mailed with proper postage fully prepaid thereon to the following persons:

John H. Tucker
Theresa Noble Hill
Colin H. Tucker
Rhodes, Hieronymus, Jones, Tucker
& Gable, P.L.L.C.
P.O. Box 21100
Tulsa, OK 74121-1100
**Attorneys for Cargill, Inc.**

R. Stratton Taylor
Michael Sean Burrage
Clinton D. Russell
Taylor, Burrage, Foster, Mallett, Downs & Ramsey
P.O. Box 309
400 West 4th Street
Claremore, OK 74018
**Attorneys for Tyson Foods, Inc. and Cobb-Vantress, Inc.**

Robert W. George
Kutak Rock, L.L.P.
The Three Sisters Building
214 West Dickson Street
Fayetteville, AR 72701-5221
**Attorneys for Tyson Foods, Inc. and Cobb-Vantress, Inc.**

Richard L. Carpenter, Jr.
Philip McGowan
Carpenter, Mason & McGowan
1516 S. Boston, Avenue, Suite 205
Tulsa, OK 74119-4013
**Attorneys for George's, Inc.**

Vince Chadick
Gary V. Weeks
James M. Graves
Bassett Law Firm
P.O. Box 3618
Fayetteville, AR 72702-3618
**Attorneys for George's, Inc.**

Mark R. Hayes
P.O. Box 38
North Little Rock, AR 72115
**Attorney for City of Decatur, AR**

D. Richard Funk
Conner & Winters, P.C.
3700 First Place Tower
15 East Fifth Street
Tulsa, OK 74103-4344
**Attorneys for Simmons, Inc.**

John R. Elrod
Vicki Bronson
Conner & Winters, P.C.
100 W. Center Street, Suite 200
Fayetteville, AR 72701-6081
**Attorneys for Simmons, Inc.**

A. Scott McDaniel
Chris A. Paul
Joyce, Paul & McDaniel, P.C.
111 W. Fifth Street, Suite 500
Tulsa, OK 74103
**Attorneys for Peterson Farms, Inc.**

Sherry P. Bartley
Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C.
425 West Capitol Avenue, Suite 1800
Little Rock, AR 72201-3525
**Attorneys for Peterson Farms, Inc.**

Linda C. Martin
Audra K. Hamilton
Doerner, Saunders, Daniel
& Anderson, L.L.P.
320 S. Boston, Suite 500
Tulsa, OK 74103-3725
**Attorneys for City of Decatur, AR**

_R. Brent Blackstock_
R. BRENT BLACKSTOCK

RBB/5659-001/545123_1

3